UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAIGANG LIU,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL NOVAK, Director,<br>Vermont Service Center<br>U.S. Department of Homeland Security,<br>U.S. Citizenship and Immigration<br>Services, in his official capacity<br>as well as his successors and assigns<br>    and<br>EMILIO GONZALEZ<br>Director, U.S. Citizenship &<br>Immigration Services, in his official<br>capacity, as well as his successors and assigns<br>    and<br>ROBERT S. MUELLER, III, Director,<br>Federal Bureau of Investigation,<br>in his official capacity,<br>as well as his successors and assigns,<br><br>    Defendants. | Civil Action No.: 07-0263(EGS) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for defendants in the above-captioned case.

/s/
ALEXANDER D. SHOAIBI
D.C. BAR 423587
Assistant United States Attorney
555 4th St., N.W., Room E4218
Washington, D.C.  20530
202-514-7236

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Praecipe was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**ZACK MCCAIN, III**
816 West Nevada
Chickasha, OK 73018

on this __12th__ day of February, 2007.