AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZAIGANG LIU
14111 Netherfield Drive
Midlothian, VA 23113
          Plaintiff,

V.

PAUL NOVAK, Director, Vermont Service Center, U.S. Citizenship and Immigration Services,
  and
EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services,
  and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,
          Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:07CV00263
JUDGE: Emmet G. Sullivan
DECK TYPE: Administrative Agency Rev
DATE STAMP: 02/05/2007

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
U.S. Attorney's Office
555 4th Street NW
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Suite 1250, 1629 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        FEB -5 2007

CLERK                                                DATE

*/s/ Austin Steward-Cureton*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 7, 2007 |
| NAME OF SERVER *(PRINT)* Lawrence H. Rudnick | TITLE Partner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Federal Express

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/20/2007
　　　　　　　　　Date

*Signature of Server*

Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA  19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Phyllis Niven**

---

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, February 07, 2007 12:06 PM
**To:** Phyllis Niven
**Subject:** FedEx Shipment 798101390438 Delivered

---

This tracking update has been requested by:

Company Name: STEEL, RUDNICK & RUBEN

Name:   Phyllis Niven

E-mail:  pniven@srrlaw.us

---

Our records indicate that the following shipment has been delivered:

```
Tracking number:                      798101390438
Reference:                            13480-0676
Ship (P/U) date:                      Feb 7, 2007
Delivery date:                        Feb 7, 2007 12:02 PM
Sign for by:                          S.ROBINSON
Delivered to:                         Mailroom
Service type:                         FedEx Priority Overnight
Packaging type:                       FedEx Envelope
Number of pieces:                     1
Weight:                               0.50 lb.

Shipper Information                   Recipient Information
Phyllis Niven                         Civil Process Clerk
STEEL, RUDNICK & RUBEN                U.S. Attorney's Office
1608 WALNUT STREET                    555 4th Street NW
SUITE 1500                            Washington
PHILADELPHIA                          DC
PA                                    US
US                                    20530
19103
```

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:05 AM  CST on 02/07/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

2/7/2007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZAIGANG LIU
14111 Netherfield Drive
Midlothian, VA 23113
        Plaintiff,

V.

PAUL NOVAK, Director, Vermont Service Center, U.S. Citizenship and Immigration Services,
  and
EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services,
  and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00263

JUDGE:  Emmet G. Sullivan

DECK TYPE:  Administrative Agency Rev

DATE STAMP:  02/05/2007

TO: (Name and address of Defendant)

ALBERTO GONZALES, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Suite 1250, 1629 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          FEB - 5 2007

CLERK          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 12, 2007 |
| NAME OF SERVER (PRINT)<br>Lawrence H. Rudnick | TITLE<br>Partner |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

X  G  Other (specify):  Certified Mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/20/2007
               Date

*Signature of Server*

Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Alberto Gonzales
    Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X _____
    ☐ Agent
    ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. A  7001 0360 0000 8335 3113    LHR 13480-0676

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZAIGANG LIU
14111 Netherfield Drive
Midlothian, VA 23113
          Plaintiff,

V.

PAUL NOVAK, Director, Vermont Service Center, U.S. Citizenship and Immigration Services,
  and
EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services,
  and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,
          Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00263

JUDGE: Emmet G. Sullivan

DECK TYPE: Administrative Agency Rev

DATE STAMP: 02/05/2007

TO: (Name and address of Defendant)

ROBERT S. MUELLER, III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Suite 1250, 1629 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        FEB - 5 2007

CLERK            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 12, 2007 |
| NAME OF SERVER *(PRINT)* Lawrence H. Rudnick | TITLE Partner |

*Check one box below to indicate appropriate method of service*

    G   Served personally upon the defendant. Place where served: _____

    G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G   Returned unexecuted: _____

  X G   Other (specify): __Certified Mail, Return Receipt Requested__

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02/20/2007
              Date

*Signature of Server*

Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA  19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7001 0360 0000 8335 3106**
Status: **Delivered**

Your item was delivered at 4:52 AM on February 12, 2007 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm** 
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ZAIGANG LIU
14111 Netherfield Drive
Midlothian, VA 23113
        Plaintiff,

V.

PAUL NOVAK, Director, Vermont Service Center, U.S. Citizenship and Immigration Services,
  and
EMILIO GONZALEZ, Director, U.S. Citizenship & Immigration Services,
  and
ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation,
        Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:07CV00263

JUDGE:  Emmet G. Sullivan

DECK TYPE:  Administrative Agency Rev

DATE STAMP:  02/05/2007

TO: (Name and address of Defendant)

PAUL NOVAK, Director
Vermont Service Center
U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services
75 Lower Welden Street
St. Albans, VT 05479-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Elliot, Esquire
Suite 1250, 1629 K Street, NW
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DATE   FEB -5 2007

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | February 8, 2007 |
| NAME OF SERVER *(PRINT)* | TITLE | Partner |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X ☐ Other (specify):  Certified Mail, Return Receipt Requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/20/2007
              Date

*Signature of Server*

Steel, Rudnick & Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA  19103

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 0360 0000 8335 3090**
Status: **Delivered**

Your item was delivered at 12:57 PM on February 8, 2007 in SAINT ALBANS, VT 05479.

( **Additional Details >** )  ( **Return to USPS.com Home >** )

**Track & Confirm**
Enter Label/Receipt Number.

( **Go >** )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( **Go >** )

POSTAL INSPECTORS
Preserving the Trust      site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy