UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAIGANG LIU, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No. 07-263 (EGS) |
| | ) |
| PAUL NOVAK, et al., | ) |
| | ) |
| | ) |
|     **Defendants.** | ) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Paul Novak, Director, Vermont Service Center, U.S. Department of Homeland Security, U.S. Citizen and Immigration Services; Emilio Gonzalez, Director, U.S. Citizenship & Immigration Services; and Robert S. Mueller, III, Director, Federal Bureau of Investigation, by counsel, move for a two week enlargement of time in which to respond to plaintiff's complaint. The requested enlargement is merited for the following reasons:

    1. Undersigned counsel is still in the process of coordinating a response to plaintiff's complaint with the three named defendants, and due to obligations in other cases and arrangements to be out of town from April 1 through April 8, 2007, will not be able to prepare a response on or before April 9, 2007.

    2. Undersigned counsel has spoken with plaintiff's counsel regarding this first request for enlargement of time to respond to the complaint, and plaintiff's counsel has provided consent to the requested two week enlargement of time.

    3. The requested enlargement of time would be in the interests of justice.

For the foregoing reasons, Defendants respectfully requests that this motion for an enlargement of time be granted.[1]

Dated: March 30, 2007
.

                                       Respectfully submitted,

                                       ___/s_/_____
                                       JEFFREY A. TAYLOR, D.C. BAR #498610
                                       United States Attorney

                                       __/s/_____
                                       RUDOLPH CONTRERAS, D.C. BAR #434122
                                       Assistant United States Attorney

                                       __/s/_____
                                       ALEXANDER D. SHOAIBI, D.C. BAR #423587
                                       Assistant United States Attorney
                                       5O1 Third Street, N.W., Rm E-4218
                                       Washington, D.C.  20530
                                       (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

CERTIFICATE OF SERVICE

I hereby certify that on this **30th** day of March, 2007, I caused the foregoing **Defendant's Consent Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows

**Thomas Elliot**
**Elliot and Mayock**
**1629 K Street, NW, 12th Floor**
**Washington, DC 20006-1641**

**Lawrence H. Rudnick**
**Steel, Rudnick, and Ruben**
**1608 Walnut Street, Suite 1500**
**Philadelphia, PA 19103**

   /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

Case 1:07-cv-00263-EGS    Document 4    Filed 03/30/2007    Page 4 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZAIGANG LIU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-263 (EGS) |
| | ) | |
| PAUL NOVAK, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**UPON CONSIDERATION** of defendants' consent motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before April 23, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.