# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAIGANG LIU, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 07-263 (EGS) |
| | ) |
| PAUL NOVAK, et al. | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, Zaigang Liu, moves for a two week enlargement of time in which to respond to the Defendant's Motion to Dismiss. The requested enlargement is merited for the following reasons:

1. The government has raised complex issues of jurisdiction which require additional review by counsel.

2. Undersigned counsel has spoken with counsel for Defendants regarding this first request for enlargement of time to respond to the Motion to Dismiss and Defendants' counsel has provided consent to the requested two week enlargement of time.

3. The requested enlargement of time would be in the interest of justice.

For the foregoing reasons, Plaintiff respectfully requests that this Motion for Enlargement of Time be granted.

/s/ Thomas A. Elliot
Thomas A. Elliot, Esquire
D.C. Bar No. 259713
Elliot & Mayock, LLP
1629 K Street, N.W., Suite 1250
Washington, DC 20006-1641
(202) 429-1725

                                                        */s/Lawrence H. Rudnick*
                                                        Lawrence H. Rudnick, Esquire
                                                        PA Bar No. 21642
                                                        Steel, Rudnick and Ruben
                                                        1608 Walnut Street, Suite 1500
                                                        Philadelphia, PA  19103
                                                        (215) 546-4333

Dated: May 1, 2007                       Attorneys for Plaintiff, Zaigang Liu

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZAIGANG LIU,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 07-263 (EGS) |
| | ) |
| **PAUL NOVAK, et al.** | ) |
| | ) |
| **Defendants.** | ) |

### **O R D E R**

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time, it is hereby ORDERED that the motion is GRANTED. Plaintiff shall respond to Defendant's Motion to Dismiss on or before May 17, 2007.

_____
Emmet G. Sullivan
United States District Judge

DATED:_____, 2007