UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAIGANG LIU, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 07-263 (EGS) |
| | ) |
| PAUL NOVAK, et al., | ) |
| | ) |
| | ) |
|     Defendants. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Paul Novak, Director, Vermont Service Center, U.S. Department of Homeland Security, U.S. Citizen and Immigration Services; Emilio Gonzalez, Director, U.S. Citizenship & Immigration Services; and Robert S. Mueller, III, Director, Federal Bureau of Investigation, by counsel, move for a thirty day enlargement of time in which to file its reply to plaintiff's opposition to defendants' motion to dismiss. The requested enlargement is merited for the following reasons:

    1. Undersigned counsel is working with agency counsel for the three named defendants on a reply in this case, and requests additional time to prepare this reply while addressing his responsibilities in other cases.

    2. Undersigned counsel has spoken with plaintiff's counsel regarding this first request for enlargement of time to file defendants' reply, and plaintiff's counsel has provided consent to the requested thirty day enlargement of time.

    3. The requested enlargement of time would be in the interests of justice.

For the foregoing reasons, defendants respectfully requests that this motion for an

enlargement of time be granted.[1]

Dated: May 23, 2007
.

                                      Respectfully submitted,

                                      ___/s_/_____
                                      JEFFREY A. TAYLOR, D.C. BAR #498610
                                      United States Attorney


                                      __/s/_____
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                      Assistant United States Attorney


                                      __/s/_____
                                      ALEXANDER D. SHOAIBI, D.C. BAR #423587
                                      Assistant United States Attorney
                                      5O1 Third Street, N.W., Rm E-4218
                                      Washington, D.C.  20530
                                      (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  23rd  day of May, 2007, I caused the foregoing **Defendants' Consent Motion for Enlargement of Time to File Reply** to be served on plaintiff's counsel through the ECF system.

  /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAIGANG LIU, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-263 (EGS) |
| | ) |
| PAUL NOVAK, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER

**UPON CONSIDERATION** of defendants' consent motion for enlargement of time to file a reply, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall file their reply on or before June 22, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.