UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZAIGANG LIU,                          )
                                      )
          Plaintiff,                  )
                                      )
     v.                               )          Civil Action No. 07-263 (EGS)
                                      )
PAUL NOVAK, et al.,                   )
                                      )
                                      )
          Defendants.                 )

## SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Paul Novak, Director, Vermont Service Center,  U.S. Department of Homeland Security, U.S. Citizen and Immigration Services; Emilio Gonzalez, Director, U.S. Citizenship & Immigration Services; and Robert S. Mueller, III, Director, Federal Bureau of Investigation, by counsel, move for an additional one week enlargement of time in which to file its reply to plaintiff's opposition to defendants' motion to dismiss.  The requested enlargement is merited for the following reasons:

1. Undersigned counsel is working with agency counsel for the three named defendants on a reply in this case, and requests additional time to prepare this reply while addressing his responsibilities in other cases.

2. Undersigned counsel has spoken with plaintiff's counsel regarding this second request for enlargement of time to file defendants' reply, and plaintiff's counsel has provided consent to the requested one week enlargement of time.

3. The requested enlargement of time would be in the interests of justice.

For the foregoing reasons, defendants respectfully requests that this motion for an

enlargement of time be granted.[1]

Dated: June 21, 2007
.

                                                   Respectfully submitted,

                                                 ___/s_/_____
                                                 JEFFREY A. TAYLOR, D.C. BAR #498610
                                                 United States Attorney

                                               __/s/_____
                                                 RUDOLPH CONTRERAS, D.C. BAR #434122
                                                 Assistant United States Attorney

                                               __/s/_____
                                               ALEXANDER D. SHOAIBI, D.C. BAR #423587
                                               Assistant United States Attorney
                                             5O1 Third Street, N.W., Rm E-4218
                                           Washington, D.C.  20530
                                           (202) 514-7236

---

[1]Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on this  21st  day of June, 2007, I caused the foregoing

**Defendants' Second Consent Motion for Enlargement of Time to File Reply** to be served on

plaintiff's counsel through the ECF system.


  /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ZAIGANG LIU,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 07-263 (EGS)** |
| | ) | |
| **PAUL NOVAK, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

    **UPON CONSIDERATION** of defendants' second consent motion for enlargement of time to file a reply,  it is hereby **ORDERED** that the motion is **GRANTED**.  Defendants shall file their reply on or before June 29, 2007.


                                 _____
                                 UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.