UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZAIGANG LIU, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 07-263 (EGS) |
| v. | ) |
|  | ) |
| PAUL NOVAK, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

## ORDER AND JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that defendants' motion to dismiss the complaint is **DENIED**; and it is further

**ORDERED** that plaintiff's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that plaintiff's application for adjustment of status shall be adjudicated by no later than **November 30, 2007**; and it is further

**ORDERED** that **JUDGMENT** is entered for plaintiff and against defendants; and it is further

**ORDERED** that this Order and Judgment shall constitute a **FINAL JUDGMENT** in this case. This is a final appealable order. *See* Fed. R. App. P. 4(a).

    SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          August 30, 2007