UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAIGANG LIU, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 07-263 (EGS) |
| ) | |
| PAUL NOVAK, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT NOTICE

Counsel for the plaintiff has advised counsel for the defendants that the plaintiff, Zaigang Liu, is in receipt of his alien registration card. Mr. Liu has been afforded the status of a lawful permanent resident as of October 17, 2007. Accordingly, the plaintiff has received the relief requested in the form of the adjudication of the application for permanent residence status.

Accordingly, it is respectfully suggested that no further action on this matter is required by this Honorable Court and that this matter be marked as closed.

    Respectfully Submitted,

    */s/ Thomas A. Elliot*
    Thomas A. Elliot, Esquire
    D.C. Bar No. 259713
    Elliot & Mayock, LLP
    1629 K Street, N.W., Suite 1250
    Washington, DC 20006-1641

    */s/Lawrence H. Rudnick*
    Lawrence H. Rudnick, Esquire
    PA Bar No. 21642
    Steel, Rudnick and Ruben
    1608 Walnut Street, Suite 1500
    Philadelphia, PA  19103

    Attorneys for Plaintiff

                                          /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


                                          /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United Status Attorney


                                          /s/
ALEXANDER D. SHOAIBI, D.C. Bar #423587
Assistant United States Attorney
555 4th Street, N.W. Rm. E 4218
Washington, DC  20530

Attorneys for Defendants

Dated: October 31, 2007

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAIGANG LIU, | ) |
| | ) |
|     **Plaintiff,** | ) |
|   v. | )   **CIVIL ACTION NO. 07-263 (EGS)** |
| | ) |
| PAUL NOVAK, et al. | ) |
| | ) |
|     **Defendants.** | ) |

## O R D E R

UPON CONSIDERATION of the Joint Notice filed by both counsel for Plaintiff and Defendants, it is hereby ORDERED that this case be marked as closed.

ENTERED BY THE COURT this _____ day of _____, 2007.

_____
Emmet G. Sullivan
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZAIGANG LIU, | ) |
| | ) |
|       Plaintiff, | ) |
|   v. | )   CIVIL ACTION NO. 07-263 (EGS) |
| | ) |
| PAUL NOVAK, et al. | ) |
| | ) |
|       Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day November, 2007, that a copy of the foregoing Joint Notice was served by electronic filing on the following counsel of record for Defendants:

Alexander D. Shoaibi
Assistant United States Attorney
555 4th Street, N.W., Rm. E 4218
Washington, DC 20530

/s/ Thomas A. Elliot
Thomas A. Elliot, Esquire
D.C. Bar No. 259713
Elliot & Mayock, LLP
1629 K Street, N.W., Suite 1250
Washington, DC 20006-1641

/s/Lawrence H. Rudnick
Lawrence H. Rudnick, Esquire
PA Bar No. 21642
Steel, Rudnick and Ruben
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
(215) 546-4333

Attorneys for Plaintiff